American Bill Posting Company, Plaintiff, v. John H. Springer Realty Company, Respondent, Impleaded with Others. Philip Carpenter, Appellant. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

American Bill Posting Company, Plaintiff, v. John H. Springer Realty Company, Respondent, Impleaded with Others. Philip Carpenter, Appellant. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Jesse G. Fox, Appellant, v. The Board of Education of the City of New York, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

William W. McLaughlin, Jr., Respondent, v. Violetta McLaughlin, Appellant, Impleaded with Another. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Gustave Cerf, Appellant, v. United States Title Guaranty Company, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Henry F. Gillig, Respondent, v. Thomas F. Hyland, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Star Finance Company, Appellant, v. Patrick J. Hickey, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Star Finance Company, Appellant, v. Henry J. Entriken, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

John Richardson, Jr., Respondent, v. James Cremins and Another, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Joseph B. Curran, Appellant, v. Henry R. M. Cook, as Auditor of the Board of Education of the City of New York, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

F. William Stocker, Incorporated, Appellant, v. William E. Ficklen and Another, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Demarest Lloyd, Respondent, v. William E. Silverthorne, Appellant. — Order modified by limiting requirement for bill of particulars to matter